JUDGE RAKOFF

Tracey Kitzman (TK 5869)
Dean M. Solomon (DS 3699)
**FRIEDMAN LAW GROUP LLP**
270 Lafayette Street
New York, New York 10012
(212) 680-5150

Brad R. Newberg
**NEWBERG & WINTERS LLP**
12005 Creekbend Dr.
Reston, VA 20194
(703) 772-6787
*Application for Admission
Pro Hac Vice Forthcoming*

*Attorneys for Plaintiffs*



'08 CIV 7604

AUG 28 2008

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

DON MOODY, GARY FRIEDMAN,
and WORD WORLD, L.L.C.,

                    Plaintiffs,

      - against -

KYLE MORRIS, RICHARD P. HAVENS,
SHARING WORLD ENTERTAINMENT, LLC,
and READSPEAK, INC.,

                    Defendants.

------------------------------------------------------------x

Case No. _____

RULE 7.1 STATEMENT

    Pursuant to Fed. R. Civ. P. 7.1, plaintiff Word World LLC hereby affirms that it has no parent corporation, and that there exist no publicly traded companies owning 10%

or more of plaintiff Word World LLC.

Dated: New York, NY
       August 28, 2008

                            FRIEDMAN LAW GROUP LLP

                            By: _____
                                Dean M. Solomon (DS 3699)
                                270 Lafayette Street
                                New York, New York 10012
                                (212) 680-5150

                                -and-

                                Brad R. Newberg
                                **NEWBERG & WINTERS LLP**
                                12005 Creekbend Dr.
                                Reston, VA  20194
                                (703) 772-6787
                                *Application for Admission*
                                *Pro Hac Vice Forthcoming*