Tracey Kitzman (TK 5869)
Dean M. Solomon (DS 3699)
**FRIEDMAN LAW GROUP LLP**
270 Lafayette Street
New York, New York 10012
(212) 680-5150

Brad R. Newberg
**NEWBERG & WINTERS LLP**
12005 Creekbend Dr.
Reston, VA 20194
(703) 772-6787
*Application for Admission*
*Pro Hac Vice Forthcoming*

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
DON MOODY, GARY FRIEDMAN,  :
and WORD WORLD, L.L.C.,  :
  :
                       Plaintiffs,  : Case No. 08 Civ 7604
  :
      - against -  : **ECF CASE**
  :
  : **CERTIFICATE**
KYLE MORRIS, RICHARD P. HAVENS,  : **OF SERVICE**
SHARING WORLD ENTERTAINMENT, LLC,  :
and READSPEAK, INC.,  :
  :
                       Defendants.  :
-----------------------------------------------------------------x

       I hereby certify that a true and correct copy of the Summons; Complaint For Declaratory Judgment; and Rule 7.1 Statement; along with a true and correct copy of the Individual Rules of Practice of Hon. Jed S. Rakoff (effective February 8, 2005); the Individual Practices of Magistrate Judge Maas (revised November 2007); and the United States District Court, Southern District of New York, Electronic Case Filing Rules & Instructions (August 1, 2008 edition), have been served in the manner stated below to the following individual on this 28th day of August 2008:

**BY HAND DELIVERY**

Kyle Morris
900 West End Avenue, Suite 3-E
New York, NY 10025

By delivering to "Peter," the building's doorman, at approximately 4:50 p.m., said person being of dark complexion, black hair, brown eyes, mustached, approximately 35 years of age, 5'9"-5'10" tall, 170-175 lbs.

**BY FED EX**

Kyle Morris
900 West End Avenue, Suite 3-E
New York, NY 10025


_____
Dean M. Solomon