Tracey Kitzman (TK 5869)
Dean M. Solomon (DS 3699)
**FRIEDMAN LAW GROUP LLP**
270 Lafayette Street
New York, New York 10012
(212) 680-5150

Brad R. Newberg
**NEWBERG & WINTERS LLP**
12005 Creekbend Dr.
Reston, VA 20194
(703) 772-6787
*Application for Admission*
*Pro Hac Vice Forthcoming*

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | |
|---|---|
| DON MOODY, GARY FRIEDMAN, and WORD WORLD, L.L.C., : : : | |
| Plaintiffs, : | Case No. 08 Civ 7604 |
| : | **ECF CASE** |
| - against - : | |
| : | **CERTIFICATE** |
| KYLE MORRIS, RICHARD P. HAVENS, : SHARING WORLD ENTERTAINMENT, LLC, : and READSPEAK, INC., : : | **OF SERVICE** |
| Defendants. : | |

-----------------------------------------------------------------x

    I hereby certify that a true and correct copy of the Summons; Complaint For Declaratory Judgment; and Rule 7.1 Statement; along with a true and correct copy of the Individual Rules of Practice of Hon. Jed S. Rakoff (effective February 8, 2005); the Individual Practices of Magistrate Judge Maas (revised November 2007); and the United States District Court, Southern District of New York, Electronic Case Filing Rules & Instructions (August 1, 2008 edition), have been served in the manner stated below to the following corporation on this 29th day of August 2008:

**BY FED EX**

ReadSpeak, Inc.
c/o Corporation Service Company
80 State Street
Albany, NY 12207

and

ReadSpeak, Inc.
7 Audubon Place
New Orleans, LA 70118


_____
Dean M. Solomon